■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KENT, Appellant. [896 NYS2d 913]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Mc-

Cormack, J.), rendered May 29, 2009, convicting him of obstructing governmental administration in the second degree and violation of Vehicle and Traffic Law § 1234 (a), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence supporting his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Finger*, 95 NY2d 894, 895 [2000]; *People v Gray*, 86 NY2d 10, 19-21 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Romain*, 38 AD3d 573 [2007]; *People v Remy*, 19 AD3d 515 [2005]).

The defendant's remaining contentions either are without merit or do not require reversal. Fisher, J.P., Santucci, Eng and Chambers, JJ., concur.